Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN MEJIA-MEJIA and<br>FRANKLIN J. LICONA-RIVERA,<br><br>Defendants. | NO. CR 20-162 RAJ<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered Defendants' unopposed motion to continue the trial date and pretrial motions deadline and finds that:

a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, due to counsels' need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

b) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 1
*United States v. Juan Mejia-Mejia, et al.,*
CR20-162 RAJ

LAW OFFICE OF
AMY MUTH, PLLC
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
Tel: 206-682-3053
Fax: 206-267-0349

    c)  the additional time requested is a reasonable period of delay, as the defendants have requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

    d)  the ends of justice will best be served by a continuance, and the end of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

    e)  the additional time requested between the current trial date of November 30, 2020, and the new trial date is necessary to provide counsel for the defendants reasonable time to prepare for trial considering counsels' schedule and all of the facts set forth above.

IT IS THEREFORE ORDERED that Defendants' unopposed motion (Dkt. #18) is GRANTED.  The trial date in this matter shall be continued to June 21, 2021.  All pretrial motions, including motions in limine, shall be filed no later than April 29, 2021.

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date of June 21, 2021, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 9th day of November, 2020.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 2
*United States v. Juan Mejia-Mejia, et al.*,
CR20-162 RAJ

LAW OFFICE OF
AMY MUTH, PLLC
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
Tel: 206-682-3053
Fax: 206-267-0349