Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> vs.<br><br>JUAN MEJIA-MEJIA and FRANKLIN LICONA-RIVERA,<br><br>      Defendants. | NO. CR20-162 RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTION DEADLINE |

  THIS COURT has considered Defendant Franklin Licona-Rivera's unopposed motion to continue trial date and pretrial motion deadline (Dkt. # 33), which has been joined by Defendant Juan Mejia-Mejia (Dkt. # 35) in this matter and finds that:

  (a) Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendants the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses and gather evidence material to the defense; and

  (b) A failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice; and

ORDER GRANTING MOTION TO
CONTINUE TRIAL AND PRETRIAL
MOTIONS DEADLINE -1
*USA vs. Mejia-Mejia, et al.*
CR20-162 RAJ

Hart Jarvis Murray Chang PLLC
155 NE 100th Street, Ste. 210
Seattle, WA 98125
(206) 735-7474

(c) The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendants in any speedier trial; and

(d) All these findings are made within the meaning of 18 USC §3161(h)(7)(A) and (B)(i) and (iv).

IT IS THEREFORE ORDERED that the unopposed motion to continue trial date (Dkt. # 33) is GRANTED. The trial in this matter is continued to November 8, 2021. All pretrial motions, including motions in limine, shall be filed no later than September 23, 2021.

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date of November 8, 2021, is excludable time pursuant to 18 USC §3161(h)(7)(A).

DATED this 21st day of May, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO
CONTINUE TRIAL AND PRETRIAL
MOTIONS DEADLINE -2
*USA vs. Mejia-Mejia, et al.*
CR20-162 RAJ

Hart Jarvis Murray Chang PLLC
155 NE 100th Street, Ste. 210
Seattle, WA 98125
(206) 735-7474